# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   LAURA L. SPENCER                                   Case Number: 05-74833
         823 WALNUT COURT
         MARENGO, IL  60152          SSN-xxx-xx-7920

                                                    Case filed on:      9/15/2005
                                                    Plan Confirmed on:  12/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $26,802.92      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY STEVEN J BRODY | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | LAURA L. SPENCER | 0.00 | 0.00 | 54.97 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 54.97 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 29,271.23 | 20,236.88 | 20,236.88 | 0.00 |
|  | Total Secured | 29,271.23 | 20,236.88 | 20,236.88 | 0.00 |
| 002 | CHARTER | 91.25 | 91.25 | 91.25 | 0.00 |
| 003 | HOME STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 2,469.64 | 2,469.64 | 2,469.64 | 0.00 |
| 005 | LAKE / MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NORTHERN ILLINOIS MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | QUALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | QUEST DIAGNOSTICS INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SARASOTA MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | TERMINIX | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JERRY SPENCER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,560.89 | 2,560.89 | 2,560.89 | 0.00 |
|  | Grand Total: | 34,032.12 | 24,997.77 | 25,052.74 | 0.00 |

Total Paid Claimant:    $25,052.74
Trustee Allowance:      $1,750.18        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00        discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan